```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 13253
   OLIVER MONTGOMERY
   LINDA MONTGOMERY                          CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-1987    SSN XXX-XX-7640


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 05/23/2008 and was not confirmed.

     The case was dismissed without confirmation 08/20/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID           PAID
--------------------------------------------------------------------------
HSBC BANK USA              NOTICE ONLY    NOT FILED          .00            .00
SANTANDER CONSUMER USA     SECURED VEHIC   16121.00          .00         450.00
DRIVE FINANCIAL            UNSECURED        1203.10          .00            .00
EASTERN SAVINGS BANK       CURRENT MORTG        .00          .00            .00
EASTERN SAVINGS BANK       MORTGAGE ARRE       .00          .00            .00
EASTERN SAVINGS BANK       UNSECURED      NOT FILED          .00            .00
GREEN TREE SERVICING LLC   CURRENT MORTG       .00          .00            .00
OCWEN FEDERAL BANK         CURRENT MORTG       .00          .00            .00
OMNI NATIONAL BANK         CURRENT MORTG       .00          .00            .00
OMNI NATIONAL BANK         MORTGAGE ARRE   5200.00          .00            .00
CREDIT PAC                 UNSECURED      NOT FILED          .00            .00
AT&T/SBC/ILLINOIS FACC     UNSECURED      NOT FILED          .00            .00
DEPENDON COLLECTION        UNSECURED      NOT FILED          .00            .00
FIRST SOURCE               UNSECURED      NOT FILED          .00            .00
ROUNDUP FUNDING LLC        UNSECURED         118.85          .00            .00
TCF NATIONAL BANK          UNSECURED      NOT FILED          .00            .00
JEWEL FOOD STORES          UNSECURED      NOT FILED          .00            .00
JEWEL FOOD STORES          UNSECURED      NOT FILED          .00            .00
JEWEL FOOD STORES          UNSECURED      NOT FILED          .00            .00
JEWEL FOOD STORES          UNSECURED      NOT FILED          .00            .00
JVDB & ASSOC INC           UNSECURED      NOT FILED          .00            .00
NCO FINANCIAL SYSTEMS      UNSECURED      NOT FILED          .00            .00
AT&T                       UNSECURED      NOT FILED          .00            .00
MCI COMMUNICATIONS         UNSECURED      NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED        2564.59          .00            .00
VILLAGE OF FOREST PARK     UNSECURED      NOT FILED          .00            .00
VILLAGE OF FOREST PARK     UNSECURED      NOT FILED          .00            .00
SALLIE MAE                 UNSECURED      NOT FILED          .00            .00
SALLIE MAE INC             UNSECURED        4464.09          .00            .00
SALLIE MAE                 UNSECURED      NOT FILED          .00            .00
SALLIE MAE INC             UNSECURED        7020.81          .00            .00
SALLIE MAE                 UNSECURED      NOT FILED          .00            .00
SALLIE MAE                 UNSECURED      NOT FILED          .00            .00
TARGET NATIONAL BANK       UNSECURED         264.46          .00            .00
OAK PARK OPEN MRI          UNSECURED      NOT FILED          .00            .00

                  PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 13253 OLIVER MONTGOMERY & LINDA MONTGOMERY
```

```
OCWEN FEDERAL BANK        SECURED NOT I          .00               .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED           647.82               .00              .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           822.05               .00              .00
JEFFERSON CAPITAL SYSTEM  UNSECURED           975.50               .00              .00
ISAC                      UNSECURED         15909.04               .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY           .00                                 .00
TOM VAUGHN                TRUSTEE                                               39.13
DEBTOR REFUND             REFUND                                               425.87

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   915.00

PRIORITY                                         .00
SECURED                                       450.00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                           39.13
DEBTOR REFUND                                 425.87
                        ---------------    ---------------
TOTALS                    915.00                915.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 11/20/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE